## UNITED STATES of America, Plaintiff-Appellee,

v.

## Eddie Mack LOCK, Jr., Defendant-Appellant.

### No. 78–5404
### Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Jan. 24, 1979.

Bill McCabe, Orlando, Fla. (court-appointed), for defendant-appellant.

Eddie M. Lock, Jr., pro se.

John J. Daley, Jr., U. S. Atty., Jacksonville, Fla., Robert A. Leventhal, Asst. U. S. Atty., Orlando, Fla., for plaintiff-appellee.

Before RONEY, GEE and FAY, Circuit Judges.

PER CURIAM:

Of the issues presented by this appeal, only one requires discussion. While in custody on suspicion of bank robbery, appellant executed a form authorizing the FBI to search his residence. The searching agents also obtained such a consent from appellant's wife, who accompanied them on the search—which turned up incriminating evidence. At a motion to suppress, appellant asserted that his wife's consent was not voluntary and now appeals the ruling below that it was.

But whether it was or not does not signify here. Appellant's own consent, not claimed to be involuntary, settles all questions of his fourth-amendment rights. If his wife's rights were infringed, appellant may not complain of it. *Rakas v. Illinois,* — · U.S. — · —, 99 S.Ct. 421, 58 L.Ed.2d 387 (1978).

AFFIRMED.

---

* Rule 18, 5 Cir.; *see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al.,* 5 Cir., 1970, 431 F.2d 409, Part I.